

*EDNY (Brooklyn)*

E.D.N.Y.
06-cv-2107
Feuerstein, J.
Bloom, M.J.

**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29 day of August two thousand six,

Present:

> Hon. José A. Cabranes,
> Hon. Rosemary S. Pooler,
> Hon. Richard C. Wesley,
> *Circuit Judges.*

Keith Baldeo Sirrano,

> Plaintiff-Appellant,

> v.

Sony Corporation Pictures, *et al.*,

> Defendants-Appellees.

06-2564-cv



Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Appellant also requests that this Court order District Court Judge Sandra Feuerstein to recuse herself from further proceedings in this case. Appellee Columbia Pictures Industries, Inc. moves to dismiss the appeal. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed *in forma pauperis* is DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). Appellant's motion for recusal and Appellee's motion to dismiss the appeal are DENIED as moot.

> FOR THE COURT:
> Roseann B. MacKechnie, Clerk

> By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK

SAO/M2K By: *Janine Moreno*
DEPUTY CLERK

— Issued as Mandate 09/21/06 —